```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JANET ASHBAUGH,


                      Plaintiff,                    ORDER
                                                    10 CV 4647 (ILG)(LB)
      -against-

WINDSOR CAPITAL GROUP, INC.
and MARRIOTT INTERNATIONAL, INC.

                      Defendants.
---------------------------------------------------------------X
```

**BLOOM, United States Magistrate Judge:**

Plaintiff requests a third extension of time to complete discovery in this case. (Docket entry 30.) Defendants oppose plaintiff's request. (Docket entry 32.) The Court held a conference on April 11, 2012 to address plaintiff's request. For the reasons stated on the record, plaintiff's request for an extension of time to complete discovery is denied.

By Order dated September 8, 2011, the Court set December 30, 2011 as the deadline for completion of discovery. Since that time, the Court has granted two requests to extend the discovery deadline, both of which were based on plaintiff's need to conduct defendants' deposition pursuant to Rule 30(b)(6). (Docket entries 22, 23, 24, 25, 26, and 27.) By Order dated March 1, 2012, the Court extended the time to complete discovery until March 30, 2012 and warned that "no further requests to extend the discovery deadline shall be considered." During the nearly seven months of discovery, plaintiff completed only one deposition and did not serve any interrogatories or requests for the production of documents. Plaintiff now seeks additional time to complete discovery so that he may request the last known address of defendants' former desk clerk who prepared the incident report regarding plaintiff's complaint and take her deposition. However, plaintiff made no efforts to depose the desk clerk during

1

seven months of discovery. Accordingly, as plaintiff has not demonstrated good cause for extending the discovery deadline for a third time, plaintiff's motion is denied. Defendants shall electronically file a letter by April 18, 2012 providing the full name and last known address of Sharon the former desk clerk. As discovery has closed, although plaintiff may try to locate and speak with this person, plaintiff may not subpoena her for a deposition.

Any party who intends to move for summary judgment shall do so in accordance with Judge Glasser's rules by April 13, 2012, as previously directed.

SO ORDERED.

_____/S/_____
LOIS BLOOM
United States Magistrate Judge

Dated: April 12, 2012
       Brooklyn, New York